**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| SHANELLE A. NEWBERRY, </br></br> Plaintiff, </br></br> vs. </br></br> LIFE INSURANCE COMPANY </br></br> OF NORTH AMERICA, </br></br> Defendant. | Case No.: 3:17-cv-00219-MCR-CJK |

### NOTICE OF SETTLEMENT

### AND REQUEST FOR ADMINISTRATIVE CLOSURE

Plaintiff, SHANELLE A. NEWBERRY, pursuant to Local Rule 16.2(A), hereby informs the Court that the parties have reached an amicable settlement of this civil case in its entirety. Plaintiff asks the Court to administratively close this matter, subject to the right of any party to move the Court within 60 days for the entry of a stipulated form of dismissal with prejudice or, on good cause shown, to reopen the case for further proceedings.

The undersigned Plaintiff counsel has conferred with counsel for Defendant with respect to this Notice of Settlement. The undersigned Plaintiff counsel has been authorized to submit this Notice in order to alert the Court as soon as practicable.

Dated: December 7, 2017

s / Nick A. Ortiz
Nick A. Ortiz
Florida Bar No. 12699
Ortiz Law Firm
823 E Jackson St.
Pensacola, FL 32501
(850) 308-7833(P)
(850) 208-3613 (F)
nick@nickortizlaw.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December 2017, I have electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic filing generated by CM/ECF this day on Counsel for Defendant, Steven D. Lehner, Esq., Hinshaw & Culbertson LLP, 100 South Ashley Drive, Suite 500, Tampa, FL 33602.

<u>s / Nick A. Ortiz</u>
NICK A. ORTIZ
Florida Bar No. 12699
NICK A. ORTIZ, P.A.
Counsel for Plaintiff
823 E. Jackson St.
Pensacola, Florida  32501
Telephone:  (850) 308-7833
Facsimile:  (850) 208-3613
Email:  nick@nickortizlaw.com