UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHANELLE A. NEWBERRY,

    Plaintiff,

CASE NO. 3:17-CV-219-MCR-CJK

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

                                                   /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendant, by and through their undersigned attorneys, and hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 7th day of February, 2018.

| ORTIZ LAW FIRM | HINSHAW & CULBERTSON LLP |
|---|---|
| *s/Nick Ortiz* | *s/Steven D. Lehner* |
| Nick Ortiz | Steven D. Lehner |
| Florida Bar No. 12699 | Florida Bar No. 0039373 |
| 823 E. Jackson St. | 100 South Ashley Drive, Suite 500 |
| Pensacola, FL 32501 | Tampa, FL 33602 |
| Telephone: 850-308-7833 | Telephone: 813-276-1662 |
| Facsimile: 850-208-3613 | Facsimile: 813-276-1956 |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANT*** |